UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fortune Funding, LLC, a Florida limited liability company,

Plaintiff,

vs.

Ceridian Corporation, a Delaware corporation,

Defendant.

Civil No.: 00-1809 DSD/FLN

**ORDER**

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 2, 2000, on the Motion by Prudential Insurance to Intervene and Be Substituted as the Real Party in Interest [#6].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. To the extent that the Motion seeks to substitute Prudential Insurance as the sole Plaintiff in this action, the Motion is **DENIED**;

2. To the extent that the Motion seeks to permit Prudential Insurance to intervene in this matter, the Motion is **GRANTED**. Leave to intervene is granted pursuant to the provisions of Federal Rule of Civil Procedure 24(b).

DATED: October 11, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 10-13-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________