UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fortune Funding, LLC

Plaintiff,

Prudential Insurance Company of America, Intervenor

v.

Ceridian Corporation,

Defendant.

Civil No. 00-1809 DSD/FLN

PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by April 1, 2001.

b. All discovery shall be commenced in time to be completed by July 1, 2001.

c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 26, 2000.

d. No more than 40 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 50 Requests for Admission shall be served by any party.

FILED 10-23-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

f. No more than 50 Document Requests shall be served by any party.

g. No more than 20 non-expert depositions shall be taken by any party.

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by November 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before July 1, 2001.

2) By Defendant(s) on or before July 1, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before August 1, 2001, with respect to initial experts.

2) By all parties on or before September 1, 2001, with respect to rebuttal experts.

c. Each party may depose no more than 5 expert witnesses on or before October 15, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be served and filed by the parties prior to December 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker at (612)664-5063.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than January 1, 2002, at which time it will be placed on the court's jury trial calendar

b. Trial is estimated to last 3-4 weeks.

DATED: Oct 20, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge