**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fortune Funding, LLC, a Florida limited liability company,

Plaintiff,

v.

Ceridian Corporation, a Delaware corporation,

Defendant.

Civil File No. 00 1809 DSD/JMM

**~~PROPOSED~~ ORDER**

The following matter came before the undersigned United States Magistrate Judge on the joint motion of the parties to amend the Court's Pretrial Schedule dated October 23, 2000. Based on the agreement of the parties, the Pretrial Schedule is hereby amended to include the following dates:

1) All fact discovery shall be commenced in time to be completed by October 1, 2001.

2) Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a) By Plaintiff(s) on or before August 15,2001.

   b) By Defendant(s) on or before August 15, 2001.

3) Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

   a) By all parties on or before September 15, 2001, with respect to initial experts.

   b) By all parties on or before October 15, 2001, with respect to rebuttal experts.

4) Each party may depose no more than 5 expert witnesses on or before November 15, 2001.

FILED 8-20-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

53

5. Trial Ready and Dispositive Motion deadlines remain unchanged.

Dated: Aug 20, 2001

Franklin L. Noel
Magistrate Judge Franklin Noel