**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fortune Funding, LLC, a Florida limited liability company,

Plaintiff,

v.

Ceridian Corporation, a Delaware corporation,

Defendant.

Civil File No. 00 1809 DSD/JMM

**[redacted] ORDER**

The following matter came before the undersigned United States Magistrate Judge on the joint motion of the parties to amend the Court's Pretrial Schedule dated October 23, 2000. Based on the agreement of the parties, the Pretrial Schedule is hereby amended to include the following dates:

1) All dispositive motions shall be served and filed by the parties prior to December 17, 2001.

Dated: 10/25, 2001

Magistrate Judge Franklin Noel

FILED 10-26-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK