UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fortune Funding, LLC, a Florida limited liability company,

Plaintiff,

Civil No.: 00-1809 DSD/FLN

The Prudential Insurance Company of America, a New Jersey corporation,

Intervenor-Plaintiff,

**ORDER**

vs.

Ceridian Corporation, a Delaware corporation,

Defendant.

---

Gary Van Cleve, Esq., for Plaintiff Fortune Funding.
Saul Ali, Esq., for Plaintiff-Intervenor the Prudential Insurance Company of America.
Steven J. Wells, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 1, 2002, Defendant's Motion to Strike the Expert Report of Mr. Ruppert [#108].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Defendant's Motion to Strike the Expert Report of Mr. Ruppert [#108] is **GRANTED**.

DATED: Aug 2, 2002

Franklin L. Noel

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

AUG 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK