UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1809(DSD/FLN)

Fortune Funding, LLC,

Plaintiff,

v. **ORDER**

Ceridian Corporation, et al.,

Defendants.

**IT IS HEREBY ORDERED** that a final pretrial conference and a hearing on the motions in limine in the above-captioned matter are set on before the undersigned on Friday, September 6, 2002, at 11:00 a.m. in Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: September 4, 2002

David S. Doty, Judge
United States District Court

(123)

FILED 9-4-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______