00-1809 DSD(FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-4031

| | | |
|---|---|---|
| Fortune Funding, LLC, a Florida Limited Liability Company, | * | |
| Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Ceridian Corporation, a Delaware Corporation, | * | |
| Appellee. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 2, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
THE EIGHTH CIRCUIT
Michael E. Gans

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS