00-1809 DSD/FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-4031

Fortune Funding, etc.,
Appellant,
v.
Ceridian Corporation, etc.,
Appellee.

Appeal from the United States District Court for the District of Minnesota.

Appellee Ceridian Corporation shall recover from the appellant the sum of seven hundred seventy-seven dollars and forty cents ($777.40) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

July 19, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUL 22 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 19, 2004

Mr. Steven J. Wells
DORSEY & WHITNEY
Suite 1500
50 S. Sixth Street
Minneapolis, MN 55402-1498

Re: 02-4031 Fortune Funding vs. Ceridian Corp.

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Gary Arthur Van Cleve
Christopher J. Deike
Randall R. Frykberg
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-1809 DSD/FLN