**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2004, I caused the following documents:

Bill of Costs

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Gary Van Cleve**
gvancleve@larkinhoffman.com

**Steven J Wells**
wells.steve@dorsey.com

Dated: July 28, 2004 **s/ Lynette Thayer**