**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fortune Funding,

Plaintiff, Civil No. 00-1809 (DSD/FLN)

v.

Ceridian Corporation,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Costs as shown on the Mandate of Court of Appeals | | $777.40 | $777.40 |
| | TOTAL: | $777.40 | $777.40 |

Costs, therefore, are taxed in the sum of Seven Hundred Seventy-Seven and 40/100 Dollars ($777.40) in favor of Defendant Ceridian Corporation, and against Plaintiff Fortune Funding, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of February 9, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk