**TAXATION OF COSTS SUMMARY**

Civil No. 00-1809 (DSD/FLN)

Fortune Funding,

v.

Ceridian Corporation

---

I. Costs as shown on Mandate of Court of Appeals

| | | | |
|---|---|---|---|
| Claimed | $777.40 | Allowed | $777.40 |

**TOTAL ALLOWED: $777.40**

Dated: February 9, 2005